```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YANIRA BAEZ-MEDINA,              :    CIVIL ACTION
individually and on behalf       :    NO. 21-3534
of others similarly situated,    :
                                 :
          Plaintiff              :
     v.                          :
                                 :
THE JUDGE GROUP, INC.,           :
                                 :
          Defendant              :
```

**ORDER**

**AND NOW**, this **7th** day of **July, 2023,** after considering the parties' revised settlement agreement (ECF No. 104), it is hereby **ORDERED** that the motion is **GRANTED in part** and **DENIED in part.**[1] See Settlement Agreement ¶ 8, ECF No. 96 Ex. B. The parties shall submit a revised settlement agreement for approval by **July 14, 2023.**[2]

**AND IT IS SO ORDERED.**

---

[1] Under this agreement, Named Plaintiff--although no longer subject to a general release as in the first settlement agreement--is subject to a broader release than Opt-In Plaintiffs. Waiving the right to appeal the Court's Order approving the settlement does not itself frustrate the FLSA. See Farris v. Nat'l Forensic Consultants, Inc., No. 18-3052, 2019 U.S. Dist. LEXIS 70211, at *23 (E.D. Pa. Apr. 23, 2019) (holding only FLSA claims, not claims beyond the FLSA, may be waived). However, the waiver is part of a bargained for exchange and makes Named Plaintiff's Service Award contingent on agreeing to waiving her right to appeal the order and agreeing not to seek employment with Defendant. See Revised Settlement Agreement ¶ 8, ECF No. 104. Named Plaintiff's Service Award should be in return for her service in prosecuting the action and the risks incurred, not in exchange for a broader release. See Alvarez v. BI Inc., No. 16-2705, 2020 U.S. Dist. LEXIS 60656, at *32 (E.D. Pa. Apr. 6, 2020).

[2] The final settlement agreement the Court will consider for approval is the one submitted on or before July 14, 2023.

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**