IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YANIRA BAEZ-MEDINA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE JUDGE GROUP, INC.,<br><br>Defendant. | CIVIL ACTION<br><br>No. 2:21-cv-03534-ER |

**JOINT STIPULATION OF SUBMISSION OF FINAL REVISED SETTLEMENT AGREEMENT**

Plaintiff Yanira Baez-Medina (Baez or Plaintiff), individually and on behalf of those similarly situated, and Defendant The Judge Group, Inc. (Judge Group or Defendant) jointly submit the attached Final Revised Settlement Agreement pursuant to the Court's Order dated July 7, 2023, and agree as follows:

1. On June 30, 2023, the Parties submitted a Joint Stipulation of Revised Settlement Agreement in accordance with the Court's June 22, 2023 order, attaching the Revised Settlement Agreement and requesting that the Court approve the Revised Settlement Agreement. Doc. 104–104-2.

2. On July 7, 2023, the Court ordered that the request to approve the Revised Settlement Agreement was granted in part and denied in part as to Baez's Named Plaintiff Service Award and release provision. Doc. 105.

3. The Parties were ordered to submit a final revised settlement agreement for approval by July 14, 2023. Doc. 105.

4. The Parties have conferred and reached agreement on terms, conditions, and contents of

- 1 -

- 2 -

a Final Revised Settlement Agreement to address Baez's Service Award and release provisions consistent with the Court's Order. A copy of the Final Revised Settlement Agreement is attached as Exhibit 1. A redline document showing the changes as to the previously-submitted Settlement Agreement (Doc. 104-1) is attached as Exhibit 2.

5. Accordingly, the Parties respectfully request that this Court approve the Final Revised Settlement Agreement attached as Exhibit 1, and proceed with dismissal of this action with prejudice.

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| /s/ Alyssa J. White | /s/ Daniel S. Morris |
| Andrew W. Dunlap | Daniel S. Morris |
| Alyssa J. White | Frederick Sandstrom |
| **JOSEPHSON DUNLAP** | Nicolas Bednarek |
| 11 Greenway Plaza, Suite 3050 | **BLANK ROME LLP** |
| Houston, TX 77046 | One Logan Square |
| Tel: (713) 352-1100 | 130 N 18th Street |
| adunlap@mybackwages.com | Philadelphia, PA 19103 |
| awhite@mybackwages.com | Tel: (215) 569-5411 |
| | daniel.morris@blankrome.com |
| *Attorneys for Plaintiffs* | gus.sandstrom@blankrome.com |
| | Nicolas.bednarek@blankrome.com |
| | |
| | *Attorneys for Defendant,* |
| | *The Judge Group Inc.* |
| Dated: July 13, 2023 | Dated: July 13, 2023 |