IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YANIRA BAEZ-MEDINA, individually and on behalf of others similarly situated, | : : : : | CIVIL ACTION NO. 21-3534 |
| Plaintiff | : | |
| v. | : : | |
| THE JUDGE GROUP, INC., | : : | |
| Defendant | : | |

**ORDER**

**AND NOW**, this **20th** day of **July, 2023**, after considering the parties' revised settlement agreement (ECF No. 106), it is hereby **ORDERED** as follows:

1. The settlement is **APPROVED** as a fair and reasonable resolution of a bona fide dispute under Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); and

2. This action is **DISMISSED WITH PREJUDICE AS SETTLED**, although the Court shall retain jurisdiction over this action for 180 days for the purposes of overseeing and/or resolving any disputes arising from the implementation or administration of the settlement terms.

3. The Clerk of Court shall mark the case **CLOSED**.

      **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**